

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2023

No. 04-22-00650-CV

**IN THE MATTER OF THE ESTATE OF** Ronald K. **RUIZ**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC1546
Honorable Veronica Vasquez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against appellant Joyce Ruiz.

It is so **ORDERED** on January 18, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court